IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| EVESTER THARP, #196 360 | * | |
| Petitioner, | * | |
| v. | * | 1:07-CV-172-WKW |
| KENNETH JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 28th day of February 2007.

　　　　　　　　　　　　　　/s/ TERRY F. MOORER
　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE