Tharp

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Kenneth Jones, Warden
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

1:07CV172-WKW (pet/order ans due 3/21/07)

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 1645

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carolyn Cuttler        ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                    3-1-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes