Tharp

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

1:07CV172-WKW (pet/order ans due 3/21/07)

2. Article Number
(Transfer from service label)  7006 1140 0003 1296 2116 8

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /Taylor/                  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    3/1/07

address different from item 1?  ☑ Yes
delivery address below:         ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540