IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVESTER THARP, #196360 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:07-CV-172-WKW |
| | ) | (WO) |
| KENNETH JONES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional twenty-eight days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for twenty-eight additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to the Petitioner.

        Respectfully submitted,

        TROY KING, ASB #KIN047
        *Attorney General*
        By-

        /s/Stephen N. Dodd
        *Assistant Attorney General*
        Stephen N. Dodd
        ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Evester Tharp, AIS# 196360, 100 Warrior Lane, Bessemer, AL  35023-7299</u>.

                                                     Respectfully submitted,

                                                    /s/Stephen N. Dodd (ASB-6492)
                                                    Stephen N. Dodd
                                                    Office of the Attorney General
                                                    Alabama State House
                                                    11 South Union Street
                                                    Montgomery, AL  36130-0152
                                                    Telephone:  (334) 242-7300
                                                    Fax:        (334) 242-2848
                                                    E-Mail:    sdodd@ago.state.al.us

248370/105727-001