IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

EVESTER THARP, #196 360            *

    Petitioner,                             *

    v.                                            *       1:07-CV-172-WKW

KENNETH JONES, *et al.*,               *

    Respondents.                          *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7), is GRANTED; and

2. Respondents are GRANTED an extension from March 21, 2007 to April 18, 2007 to file their answer.

Done, this 26th day of March 2007.

                                                  /s/ TERRY F. MOORER
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE