IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVESTER THARP, #196360 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:07-CV-172-WKW |
| ) | (WO) |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**FINAL REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

COME NOW Respondents in the above-styled cause and request an additional fourteen days in which to respond to this Court's *Order to Show Cause*. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts, and have had insufficient time in which to respond to the *Order*.

WHEREFORE, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for fourteen additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to the Petitioner.

                Respectfully submitted,

                TROY KING, ASB #KIN047
                *Attorney General*
                By-

                /s/Stephen N. Dodd
                *Assistant Attorney General*
                STEPHEN N. DODD
                ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Evester Tharp, AIS# 196360, 100 Warrior Lane, Bessemer, AL  35023-7299</u>.

                                         Respectfully submitted,

                                         /s/Stephen N. Dodd (ASB-6492)
                                         STEPHEN N. DODD
                                         Office of the Attorney General
                                         Alabama State House
                                         11 South Union Street
                                         Montgomery, AL  36130-0152
                                         Telephone:  (334) 242-7300
                                         Fax:            (334) 242-2848
                                         E-Mail:      sdodd@ago.state.al.us

259643/105727-001