IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| EVESTER THARP, #196 360 | * | |
| Petitioner, | * | |
| v. | * | 1:07-CV-172-WKW |
| KENNETH JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' second Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 9), is GRANTED; and

2. Respondents are GRANTED an extension from April 18, 2007 to May 2, 2007 to file their answer.

Done, this 19th day of April 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE