IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 MAY -4  A 9: 39

EVESTER THARP, AIS # 196360,        )
                                     )          DEBRA P. HACKETT, CLK
                                     )           U.S. DISTRICT COURT
        Petitioner,                  )          MIDDLE DISTRICT ALA
                                     )
VS.                                  )          CIVIL ACTION NO.
                                     )          1:07-CV-172-WKW (WO)
                                     )
KENNETH JONES, et al.,               )
                                     )
        Respondents.                 )

**SUBMISSION OF EXHIBITS**

Come now the Respondents in the above-styled cause, by and through the

Attorney General of the State of Alabama, and submit the following exhibits, in

support of the Respondents Answer that was filed on April 25, 2007:

| | |
|---|---|
| Exhibit 1 | the multi-volume record on direct appeal in <u>Tharp v. State</u>, CR 01-1234 mem. op.(Ala. Crim. App. Aug. 22, 2003); |
| Exhibit 2 | the brief filed by Tharp in his direct appeal. |
| Exhibit 3 | the brief filed by the State in Tharp's direct appeal; |
| Exhibit 4 | the Alabama Court of Criminal Appeals's memorandum opinion in <u>Tharp v. State</u>, CR 01-1234 mem. op. (Ala. Crim. App. Aug. 22, 2003); |
| Exhibit 5 | the *Certificate of Judgment* in CR 01-1234; |

Exhibit 6          the record on appeal from the denial of Tharp's Rule 32 petition in <u>Tharp v. State</u>, CR 04-1990 mem. op.(Ala. Crim. App. May 26, 2006);

Exhibit 7          the brief filed by Tharp in the appeal of his Rule 32 petition;

Exhibit 8          the brief filed by the State in the appeal of Tharp's Rule 32 petition;

Exhibit 9          the Alabama Court of Criminal Appeals's memorandum opinion in <u>Tharp v. State</u>, CR 04-1990 mem. op. (Ala. Crim. App. May 26, 2006); and,

Exhibit 10         the *Certificate of Judgment* in CR 04-1990.

Respectfully submitted,

TROY KING, KIN047
*Attorney General*
By:

STEPHEN N. DODD, ASB-6492-D65S
*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2007, I filed the foregoing on

Tharp, by placing said copy in the United States mail, first class, postage prepaid

and addressed as follows:

> Evester Tharp
> AIS #196360
> 100 Warrior Lane
> Bessemer, AL  35023-7299

STEPHEN N. DODD, (ASB-6492-D65S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:          334-242-2848
E-mail:       sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

265166/105727-001

3

# 1:07cv00172-WKW
# Evester Tharp v. Kenneth Jones, et al.


# EXHIBITS ARE NOT SCANNED.


# EXHIBITS ARE FILED IN CONVENTIONAL FORMAT AND ARE AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.