IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

EVESTER THARP, #196 360　　　　　*

　　Petitioner,　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　*　　　　1:07-CV-172-WKW

KENNETH JONES, *et al.*,　　　　　*

　　Respondents.　　　　　　　　　*

_____

**ORDER**

Upon review of the answer filed by Respondents on April 25, 2007 and as this response fails to address each of the grounds for relief presented by Petitioner, it is

ORDERED that on or before May 14, 2007 Respondents file a supplemental answer in response to Petitioner's allegation that he was a denied a fundamentally fair trial as a result of the manner in which citizens of Houston County, Alabama, are selected to serve on juries. (*See* Doc. No. 1 at 9.)  Respondents' supplemental answer should be filed in accordance with the provisions contained in the court's February 28, 2007 order of procedure.

Done, this 4th day of May 2007.

　　　　　　　　　　　　　　　　　　　　　/s/  Terry F. Moorer
　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE