IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVESTER THARP, #196360, | ) |
|     Petitioner, | ) ) ) |
| VS. | )   CIVIL ACTION NO. )   1:07-CV-172-WKW(WO) ) |
| KENNETH JONES, et al., | ) ) |
|     Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the Respondents Kenneth Jones, Warden of Donaldson Correctional Facility, and Troy King, Alabama Attorney General, by and through Counsel named below, making the following disclosure regarding potential conflicts of interest of the type designated in this Court's June 12, 2007 Misc. Order No. 00-3047:

    1. Alabama Attorney General Troy King and Warden Kenneth Jones, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the <u>Rules Governing Habeas Corpus Cases Under Section 2254 Cases</u>, have been sued in their official capacities.

    2.   In response to inquiry, both the Alabama Attorney General and the Warden of Donaldson Correctional Facility say that they have no "professional" or "financial" conflicts with any of the judges of the Middle District.

        Respectfully submitted,

        TROY KING (KIN047)
        *Attorney General*
        By:

        /s/ Stephen N. Dodd
        STEPHEN N. DODD
        *Assistant Attorney General*
        ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Evester Tharp, AIS #196360, 100 Warrior Lane, Bessemer, AL  35023-7299.

                          **s/ Stephen N. Dodd**
                          STEPHEN N. DODD (ASB-6492)
                          *Assistant Attorney General*
                          Attorney for Respondents
                          Alabama Attorney General's Office
                          11 South Union Street
                          Montgomery, AL  36130
                          Telephone:  334-242-7378
                          Fax:            334-242-2848
                          E-mail:      sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

379836/105727-001