IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVESTER THARP, #196 360, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:07-CV-172-WKW |
| | ) |
| WARDEN KENNETH JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 20), and after an independent review, it is ORDERED that:

(1)   The Recommendation is ADOPTED;

(2)   Petitioner Evester Tharp's petition for a writ of habeas corpus (Doc. # 1) is DENIED.

(3)   This case is DISMISSED with prejudice.

DONE this 9th day of November, 2009.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE